# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SANTO M. ISLAAM,** : | |
|     **Plaintiff** : | |
| : | No. 1:20-cv-00296 |
|     v. : | |
| : | (Judge Kane) |
| **CO KUBICKI, et al.,** : | |
|     **Defendants** : | |

## ORDER

**AND NOW**, on this 3rd day of April 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 15) is **DISMISSED WITH PREJUDICE**;

2. Plaintiff's motion to appoint counsel (Doc. No. 16) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania